IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:   SEALED

Criminal No. 18-1812 ( MG )

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. That attached to this motion is a sealed envelope containing a pleading.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the pleading be kept under seal until further order of this Court.

**WHEREFORE**, the United States respectfully requests from the Court to grant its request.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of November, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

Timothy R. Henwood
First Assistant U.S. Attorney
U.S.D.C. #218608
Torre Chardon, Room 1201
350 Carlos Chardon Ave.
San Juan, P.R.   00918
Tel. No. (787)766-5656

Granted. [signature] 11/20/18