AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>CESAR EMILIO PERALTA ADAMEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.  18-1812(M)<br>)<br>)<br>)<br>) |

*RECEIVED & FILED CLERK'S OFFICE NOV 20 2018 US DISTRICT COURT SAN JUAN, PR*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2007 until in or about 2017__ in the county of __San Juan__ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 963 | Conspiracy to Import Cocaine (2007 – 2010, 2013, 2015, 2017) |

This criminal complaint is based on these facts:

See attached affidavit (incorporated herein fully by reference)
FAUSA Timothy R. Henwood *TRH*

☐ Continued on the attached sheet.

_____
Complainant's signature

Brandon K. Jaycox, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/20/2018

_____
Judge's signature

City and state: San Juan, Puerto Rico

Magistrate Judge Marcos E. López
*Printed name and title*