RECEIVED AND FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

2018 NOV 28  AM 10: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **INDICTMENT** |
| | CRIMINAL NO. 18-746  ( PAD ) |
| | **VIOLATIONS:** |
| v. | 21 U.S.C. § 952 |
| | 21 U.S.C. § 959 |
| | 21 U.S.C. § 960 |
| | 21 U.S.C. § 963 |
| | **Forfeiture** |
| | 18 U.S.C. § 924(d)(1) |
| **CESAR EMILIO PERALTA-ADAMEZ,** | 28 U.S.C. § 2461(c) |
| Defendant. | |
| | **THREE COUNTS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Conspiracy to Import a Controlled Substance (Heroin)**
(21 U.S.C. §§ 952, 960, 963)

From in or about and between 2007 through June 2017, both dates being approximate and inclusive, from the countries of the Dominican Republic, Venezuela, Colombia, the Netherlands Antilles,

**CESAR EMILIO PERALTA-ADAMEZ,**

the defendant herein, did intentionally and knowingly combine, conspire, and agree with other persons known and unknown to the Grand Jury, to import into the customs territory of the United States, from places outside thereof, one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.  All in violation of Title 21, United States Code, Sections 952, 960, and 963.

## COUNT TWO
### Conspiracy to Import a Controlled Substance (Cocaine)
(21 U.S.C. §§ 952, 960, 963)

From in or about and between 2007 through June 2017, both dates being approximate and inclusive, from the countries of the Dominican Republic, Venezuela, Colombia, the Netherlands Antilles,

### CESAR EMILIO PERALTA-ADAMEZ,

the defendant herein, did intentionally and knowingly combine, conspire, and agree with other persons known and unknown to the Grand Jury, to import into the customs territory of the United States, from places outside thereof, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.  All in violation of Title 21, United States Code, Sections 952, 960, and 963.


## COUNT THREE
### Distribution for Purpose of Unlawful Importation (Cocaine)
(21 U.S.C. §§ 959 & 960)

In or about November of 2015, in the District of Puerto Rico and elsewhere,

### CESAR EMILIO PERALTA-ADAMEZ,

the defendant herein, possessed, and aided and abetted the possession of, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such substance would be unlawfully imported into the United States. In violation of Title 21, United States Code, Sections 959(a), 960(a)(3) & 960(b)(1)(A) and Title 18, United States Code, Section 2.

2

## FORFEITURE ALLEGATION
(21, U.S.C, §§ 853, 952, 960, 963)

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purposes of alleging forfeitures pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 952, 960, and 963. Upon conviction of one or more of the offenses described in Counts One, Two, or Three, **CESAR EMILIO PERALTA-ADAMEZ,** the defendant herein, shall forfeit to the United States of America property described in section 511(a) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 881 (a)) that is used or intended for use to commit, or facilitate the commission of, an offense under Title 21, United States Code, Sections 952, 959, 960, or 963.

In addition, defendant shall forfeit his interest and title to the following properties located in the Dominican Republic:

    a.  Flow Gallery Lounge, Juan De Morfa #87, Santo Domingo, D.R.;

    b.  La Koura Club, Guardia #25, Villa Consuelo, Santo Domingo, D.R.;

    c.  Aqua Club, Ave. Ortega and Gasset, Santo Domingo, D.R.;

    d.  Al Panino, Ave. Abraham Lincoln, Plaza Andalucia II, Santo Domingo, D.R.;

    e.  Peralta Investment, SA;

All in accordance with Title 21, <u>United States Code</u>, Section 853 and Rule 32.2(a) of the

Federal Rules of Criminal Procedure.

TRUE BILL,
FOREPERSON

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

Date: _Nov / 28 / 2018_

**Jose Capo-Iriarte**
Assistant U.S. Attorney
Chief, Criminal Division

**Timothy R. Henwood**
First Assistant U.S. Attorney

4