# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**SEALED MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARSHAL D. MORGAN**

DATE: <u>November 28, 2018</u>
FAUSA Timothy Henwood

UNITED STATES OF AMERICA

Plaintiff

v

CESAR EMILIO PERALTA-ADAMEZ (1),
Defendant(s)

Return of
Sealed Indictment by the Grand Jury
Criminal No.   <u>**18-00746 (PAD)**</u>

Sealed Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Pedro A. Delgado-Hernandez.

<u>**NEW CASE:**</u>

☐   This Indictment supersedes Criminal Case No. <u>-----</u>.

☒   Defendant(s) has/have appeared in <u>18-MJ-1812. This case having been merged is hereby closed.</u>

☐   Defendant(s) **has/have not** appeared in a magistrate case.

☒   The Court granted the government's motion to seal.

☐   Defendant(s) is/are to remain on same bond.

☐   Defendant(s) is/are under custody.  Marshal to produce defendant(s).

☒   Arrest warrants to be issued.

☐   Defendant(s) _____ Clerk to notify : (          ) Defendant  (     ) Sureties .

<u>**s/Lotty M. Ortiz-Diaz**</u>
Courtroom Deputy Clerk