S/AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**Cesar Emilio Peralta-Adamez,**
Defendants.

CASE NO. 18-746(PAD)

## APPEARANCE OF COUNSEL

To: The Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

**COUNSEL** for the United States of America.

January 23, 2018
Dated

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney


s/*Max Pérez-Bouret*
**Max Pérez-Bouret** -222612
Assistant United States Attorney
U.S. Attorney's Office Torre
Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, PR 00918
Tel.:  (787) 766-5656
Email:  max.j.perez@usdoj.gov

*Appearance of Counsel*
*Case No.* 18-746(PAD)
*Page 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 23rd day of January 2019.

*s/Max Pérez-Bouret*
**Max Pérez-Bouret** -222612
Assistant United States Attorney