AO 458 (Rev. 06/09) Appearance of Counsel

# *UNITED STATES DISTRICT COURT*

FOR THE _____ DISTRICT OF _____ PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br>**CESAR EMILIO PERALTA-ADAMEZ,**<br>Defendant. | **CASE NO 18-746(PAD)** |

## APPEARANCE OF COUNSEL

To: The Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

**COUNSEL** for the United States of America.

May, 8 2019
Dated

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*/s/Jonathan Jacobson*
Jonathan Jacobson, USDC G02706
Assistant United States Attorney
Torre Chardon
350 Avenida Carlos Chardon, Suite 1201
San Juan, Puerto Rico 00918-2142
787-766-5656
jonathan.jacobson@usdoj.gov

*Appearance of Counsel*
*Case No **18-746(PAD)***
*Page 2*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 8 day of May, 2019.

*/s/Jonathan Jacobson*
Jonathan Jacobson
USDC G02706