### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br><br> **v.** <br><br> **CESAR EMILIO PERALTA-ADAMEZ,** <br> **Defendant** | **CRIMINAL NO. 18-746 (PAD)** |

## MOTION TO UNSEAL INDICTMENT

**TO THE HONORABLE COURT**:

    **COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

    1.    The above-styled indictment was filed under seal principally to prevent the defendant from learning about the existence of the indictment before he was arrested.

    2.    Efforts to apprehend the defendant have thus far been fruitless.

    3.    In order to facilitate the apprehension of the defendant, the government will likely be obligated to share the currently-sealed indictment.

    **WHEREFORE,** the United States respectfully requests that the indictment be **UNSEALED** at this time, while keeping the rest of of the docket sealed.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of November 2019.

                                      W. STEPHEN MULDROW
                                      United States Attorney

                                      */s/ Jonathan E. Jacobson*
                                      Jonathan E. Jacobson - USDC No. G02706
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Torre Chardón, Suite 1201
                                      350 Carlos Chardón Avenue
                                      San Juan, Puerto Rico 00918
                                      Tel: (787) 772-3975
                                      Email: jonathan.jacobson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ Jonathan E. Jacobson
Jonathan E. Jacobson
Assistant United States Attorney