IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO.: 18-746 (PAD) |
| v. | |
| SEALED, | |
| Defendant. | |

### MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorney, and very respectfully states and prays as follows:

1. That attached to this motion is a sealed envelope containing pleadings that are self-explanatory.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the pleading be kept under seal until further order of this Court.

WHEREFORE, the United States respectfully prays this Honorable Court to grant this request.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of December 2019.

Jonathan Jacobson
Assistant U.S. Attorney
U.S.D.C.-P.R, No. G02706
United States Attorney's Office
Torre Chardon, Suite 1201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel. (787) 766-5656