# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    DATE: <u>December 11, 2019</u>

U.S. Magistrate Judge Silvia Carreño Coll                    AUSA Camille Garcia

UNITED STATES OF AMERICA

Plaintiff                    SEALED

v.                                                            Return of Indictment by the Grand Jury
                                                              Criminal No. 18-746 (PAD)
                                                              Superseding

1 SEALED DEFENDANT

Defendant(s)

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to <u>U.S. District Judge Pedro A. Delgado-Hernandez.</u>

## NEW CASE:

( X )   This Indictment supersedes Criminal Case No. <u>18-746 PAD</u>.

(   )   The Court granted the government's oral motion to unseal the Indictment.

(   )   Defendant(s) have appeared in Magistrate Case No._____. This case having been merged, is hereby closed.
(   )   Defendant(s) has/have not appeared in a Magistrate Case.

(   )   Defendant (s) is/are to remain on same conditions of release.

(   )   Defendants are under custody. Marshal to produce defendant(s).

       As to defendant (s) __X__ warrant of arrest and/or writs to be issued. Arraignment Hearing to be set upon arrest.

(   )   Defendant(s) _____ Clerk to notify: (  ) Defendant   (  ) Sureties.

(   )   Summons to be issued.   (  ) U. S. Marshal or agents are to serve summons.   (  ) Clerk to send summons by mail.

<u>S/Reina Alvarez Miranda</u>
Courtroom Deputy Clerk

Time in Court: 1 minute