AO 458 (Rev. 01/09)   Appearance of Counsel

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   Plaintiff,

   v.

**[1] CESAR EMILIO PERALTA-ADAMEZ,**

   Defendant.

CRIMINAL NO.: 18-746 (PAD)

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am authorized to practice in this court, and I appear in this case as **co-counsel** for the United States of America.

Date:  August 13, 2021

   */s/Jawayria Z. Auchter*
   Jawayria Z. Auchter
   Assistant United States Attorney
   USDC No. 304801
   United States Attorney's Office
   Torre Chardón, Suite 1201
   350 Carlos Chardón Ave.
   San Juan, PR 00918
   Tel. (787) 766-5656
   Email: jawayria.auchter@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

   */s/Jawayria Z. Auchter*
   Jawayria Z. Auchter
   Assistant United States Attorney
   USDC No. 304801