THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> PLAINTIFF, <br><br> v. <br><br> **CESAR EMILIO PERALTA-ADAMEZ,** <br><br> DEFENDANT. | CASE NO. 18-CR-746 (PAD) |

## MOTION TO UNSEAL CASE

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, and respectfully states and prays as follows:

1. The United States respectfully requests this matter be unsealed for further proceedings.

WHEREFORE, the United States respectfully prays the Court issue an order directing the case be unsealed.

Respectfully submitted.

In San Juan, Puerto Rico, this 22nd of December, 2021.

W. STEPHEN MULDROW
United States Attorney

*/s/ Jawayria Z. Auchter*
Jawayria Z. Auchter
Assistant United States Attorney
USDC No. 304801
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. 787.766.5656
Email: jawayria.auchter@usdoj.gov