## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**  : CASE NO. 18-cr-00746

**VS.**
:

**CESAR EMILIO PERALTA-ADAMEZ**  : DECEMBER 22, 2021

## APPEARANCE

**TO THE CLERK:**

Please enter the appearance of Michael R. Hasse, as counsel of record on behalf of the defendant **CESAR EMILIO PERALTA-ADAMEZ**

The undersigned hereby submits his appearance as local counsel.

Dated at San Juan, Puerto Rico on this 22nd day of December, 2021

DEFENDANT,

**CESAR EMILIO PERALTA-ADAMEZ**

By __/s__ *Michael R. Hasse* _____
Michael R. Hasse, Esq. USDCPR#215307
HASSE & ASSOCIATES
1302 Ashford Avenue #1503
San Juan, PR 00907
Tel. (860)444-2711, Fax (734)448-2891
Email: hasselaw@yahoo.com

## **CERTIFICATION**

I hereby certify that on December 21, 2021, I electronically filed a copy of the foregoing with the Clerk of the Court on the Courts CM/ECF filing system and served via First Class Mail, Postage Pre-paid, upon the defendant/appellant and anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties of record by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Michael R. Hasse*
Michael R. Hasse, Esq.
Federal Bar No. USDCPR 215307