**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO (San Juan)**
**CASE NO.: 18-CR-00746-PAD**

UNITED STATES OF AMERICA,
    *Plaintiff*,
vs.

CESAR EMILIO PERALTA-ADAMEZ,
    *Defendant*.
_____/

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, JOAQUIN PEREZ, ESQ., applicant herein and respectfully states that he will be representing defendant Cesar Emilio Peralta-Adamez in the above captioned matter. In support of this application, the undersigned counsel states the following:

1. Applicant is an attorney, with offices at:

   6780 Coral Way, Miami, Florida 33155
   Email: jplaw1@bellsouth.net
   Telephone: (305) 261-4000
   Fax: (305) 662-4067

2. Applicant will sign all pleadings with the name Joaquin Perez.

3. Applicant has been retained as counsel by Cesar Emilio Peralta-Adamez to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since July 28, 1983, applicant has been and presently is a member in good standing of the bar of the State of Florida, where applicant regularly practices law. Applicant's bar license number is 335339.

5. Applicant has been admitted to practice before the following courts: Massachusetts, Rhode Island, Washington DC.

1

6. Applicant is a member in good standing of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

> Michael Hasse
> Local Counsel for Defendant
> 1126 Ashford Avenue
> Suite C-4
> San Juan, Puerto Rico 00907
> PR Bar No. 215307

10. Applicant has read the local rules of this court and will comply with the same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WEHREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: December 16, 2021.

/s/ *Joaquin Perez*
_____
Joaquin Perez, Esq.

I HEREBY CERTIFY that pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Date: December 16, 2021
      22

/s/ *Michael Hasse*
_____
Michael Hasse, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court on December 16, 22 2021, via the ECF filing system and to all parties of record via the same system and that the $300.00 pro hac vice admission fee was paid via pay.gov

/s/ *Joaquin Perez*
_____
Joaquin Perez, Esq.