UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO (San Juan)
CASE NO.:18-CR-00746

UNITED STATES OF AMERICA,
    *Plaintiff*,
vs.

CESAR EMILIO PERALTA-ADAMEZ,
    *Defendant*.
_____/

### ORDER

This Court having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of Court shall deposit the admission fee to

SO ORDERED

In San Juan, Puerto Rico, this _____ day of _____, 2021

                                                _____
                                                    U.S. DISTRICT JUDGE

4