**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO (SAN JUAN)**
**CASE NO.: 18-cr-00746-PAD**

**UNITED STATES OF AMERICA,**
    *Plaintiff,*
**-V.S.-**

**CESAR EMILIO PERALTA-ADAMEZ,**
    *Defendant.*
_____/

## NOTICE OF APPEARANCE PRO HAC VICE

**COMES NOW**, the undersigned attorney and hereby files his appearance Pro Hac Vice on behalf of, **Cesar Emilio Peralta-Adamez**, and requests that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to him on behalf of said Defendant.

Respectfully submitted,

*/s/ Joaquin Perez*
_____
JOAQUIN PEREZ, ESQ.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000 Ext. 3703
FL Bar: 335339
Jplaw1@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 3rd day of February 2022 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*
_____
JOAQUIN PEREZ, ESQ.