MRH

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff** | : CRIMINAL NO. 3:18-cr-746 (PAD) |
| | :           3:22-cr-396 (PAD) |
| | : |
| **V.** | : |
| | : |
| **CESAR EMILIO PERALTA,**<br>**Defendant** | : NOVEMBER 1, 2022 |
| | : |
| | : |

### CONSENT MOTION TO CONTINUE CHANGE OF PLEA HEARING

Counsel for the Defendant **CESAR EMILIO PERALTA**, on consent, respectfully moves the Court to continue the change of plea hearing in this case from it's presently scheduled calendared date of November 4, 2022. Counsel requests this scheduling change because several issues have arisen that will be resolved prior to the change of plea, but additional time is needed for resolution. A new date will be proposed, within thirty (30) days, after counsel and the clerk confer regarding available scheduling, at the convenience of Counsel and the Honorable Court.

– 1 –

MRH

**WHEREFORE** counsel respectfully requests that the Court continue the

above change of plea hearing.

Respectfully submitted in New London, CT this 1st day of November, 2022.

THE DEFENDANT
**CESAR EMILIO PERALTA**

By:/s/   Michael R. Hasse_____
Michael R. Hasse pr 215307
Attorney for **CESAR EMILIO PERALTA**
1302 Ashford Avenue
San Juan, PR 00907
Ph:     (860) 444-2711
Fax:    (860) 437-7726

MRH

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 1, 2022, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record.

/ s Michael R. Hasse
Michael R. Hasse   pr 215307
Attorney for **CESAR EMILIO PERALTA**
1302 Ashford Avenue
San Juan, PR 00907
Tel. (860) 444-2711
Fax: (860) 437-7726

Email: hasselaw@yahoo.com

– 3 –