IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Cesar Emilio Peralta-Adamez (1)<br><br>Defendant | CASE NO. 3:18-cr-00746 (PAD) |

**NOTICE TO MDC-GUAYNABO**

**RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT**

The defendant, through counsel, has informed that he/she is being or has been treated and/or suffers from the following:

Hepatitis and Fibrosis.

The defendant also informed he/she is taking the following medications:

In San Juan, Puerto Rico, this 4th day of November, 2022.

s/ Marian B. Ramirez-Rivera
Courtroom Deputy Clerk