MRH

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>V.<br><br>CESAR EMILIO PERALTA<br>Defendant | CRIMINAL NO.<br>3:22-CR-396 (PAD)<br>3:18-CR-746 (PAD)<br><br>MARCH 13, 2023 |

## MOTION TO ENLARGE SENTENCING SCHEDULING ORDER

TO THE HONORABLE COURT:

The undersigned counsel for the defendant Cesar Emilio Peralta respectfully moves the court to enlarge the scheduling order set for sentencing in the above defendant's case, and to continue the sentencing hearing presently set for May 5, 2023. As reasons therefore, the undersigned respectfully informs as follows:

1. Cesar Peralta appears at Defendant #1 in the above captioned case(s).

2. The defendant has tendered pleas of guilty with the Court on or about November 4, 2022; the defendant is being held at MDC Guaynabo and is 100% compliant with the rules of the institution.

3. As reasons for the enlargement, the defendant has been convicted in two separated indictments, one from Miami and one originating in this district, by way of pleas, and the defense and government need additional time to meet and confer in preparation for

MRH

sentencing. The defendant, who is a citizen of the Dominican Republic, needs additional time to gather supporting documentation, and otherwise prepare for sentencing.

4. Probation will also need additional time for the receipt of documentation regarding the defendant from the Dominican Republic; the Government does not object to this enlargement.

5. The undersigned would respectfully request a one hundred twenty day enlargement; the defendant' sentencing has presently been calendared on May 5, 2023.

6. The undersigned respectfully requests that the present scheduling order for sentencing in <u>U.S. v. Cesar Emilio Peralta</u> be enlarged for a period of about one hundred twenty (120) days, until July, 2023, or at the Court's convenience thereafter.   More time will also be needed needed for review of the PSR report with the defendant, revisions or objections if needed, and the receipt of employment and school records from the Dominican Republic. Record requests and authorizations have been sent out for the purpose of gathering records of the defendant from professional and school providers, for the completion of the sentencing memoranda, and for additional information gathering and preparation for sentencing that must precede the sentencing. Also, counsel must travel and coordinate schedules from CT and FL.

7. Both the undersigned counsel and Probation need the additional time to allow for the complete preparation of sentencing materials.  The defendant respectfully requests that the sentencing and its present scheduling order be expanded.  The Government (AUSA Max Perez) was consulted by Atty. Joaquin Perez, and he does not object to this request.

MRH

WHEREFORE, counsel for the defendant respectfully moves to enlarge the sentencing scheduling order and the attendant sentencing memoranda due dates for a period of approximately one hundred twenty days,

RESPECTFULLY SUBMITTED, on March 13, 2023.

*s/ Michael R. Hasse*
Michael R. Hasse pr215307
Local Counsel for Cesar Emilio Peralta
1303 Ashford Avenue
San Juan, PR 00907
Tel. (860) 444-2711
Fax: (734)448-2891
Email: hasselaw@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2023, a copy of the foregoing Motion on behalf of the defendant, Cesar Emilio Peralta, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's Electronic Filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF Filing System.

*s/ Michael R. Hasse*
Michael R. Hasse, pr215307