UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
CASE NO.: 18-CR-00746(PAD)

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

Vs.

**CESAR EMILIO PERALTA-ADAMEZ,**
    *Defendant.*
_____/

**UNOPPOSED MOTION TO FILE UNDER SEAL**

    Defendant Cesar Emilio Peralta Adamez, by and through the undersigned attorney moves this court for the entry of an Order to Seal the attached Motion to Continue Sentencing date. In support thereof shows:

    1.  The attached Motion to Continue contains information regarding Defendant which is personal in nature to the defendant.

    2.  Disclosure of information contained therein could reveal protected information about the Defendant and his family, who currently reside in the Dominican Republic.

    3.  Good cause exists to seal this motion, and that the sealing is supported by clear and compelling reasons and it is narrowly tailored to serve those reasons.

    Wherefore, Defendant prays for the entry of an Order sealing the attached Motion to Continue Sentencing.

    Respectfully submitted,

_/s/ *Michael R. Hasse*___
Michael Raymond Hasse, USDCPR #215307
1302 Ashford Avenue
San Juan, PR 00907
hasselaw@yahoo.com
Tel: (860)444-2711

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2023 a copy of the foregoing Motion to Seal on behalf of the defendant, Cesar Peralta, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's Electronic Filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF Filing System.

*s/ Michael R. Hasse*

Michael R. Hasse, USDCPR# 215307